**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David Cornelius VAUSE, Defendant–Appellant.**

No. 02–7053.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 11, 2002.

David Cornelius Vause, Appellant Pro Se. Rose Mary Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Cornelius Vause seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Vause has not made a substantial showing of the denial of a constitutional right. *See United States v. Vause,* Nos. CR–00–760; CA–01–4266–4–22 (D.S.C. June 4, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*